FILED

07 JUL 17 PM 12: 46

CHAR... W. WIEKING
... U.S DISTRICT COURT
N... ... CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Merrill Lauritano

Plaintiff(s),

v.

Byor Corps LTD

Defendant(s).

No. C -07- 03609 EMC

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/16/2007

Signature _____

Counsel for Merrill Lauritano
(Plaintiff, Defendant, or indicate "pro se")