**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

——————————

www.cand.uscourts.gov

Richard W. Wieking                                                   General Court Number
Clerk                                                                          415.522.2000

**July 30, 2007**

**CASE NUMBER:  CV 07-03609 EMC**

**CASE TITLE:  MERRILL LAURITANO-v-BYER CALIFORNIA CORPORATIONS LONG TERN DISABILITY PLAN**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable** MARTIN J. JENKINS  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/30/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                        Special Projects
Log Book Noted                                                Entered in Computer 7/30/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA