1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  BYER CALIFORNIA CORPORATION'S
   LONG TERM DISABILITY PLAN
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  MERRILL LAURITANO              )   Case No.:   C07-03609 MJJ
                                   )
13         Plaintiff,              )   STIPULATION TO EXTEND TIME TO
                                   )   ANSWER OR OTHERWISE RESPOND
14    v.                           )   TO PLAINTIFF'S COMPLAINT; AND
                                   )   [PROPOSED] ORDER
15  BYER CALIFORNIA CORPORATION'S  )
    LONG TERM DISABILITY PLAN,     )   [Local Rule 6-1]
16                                 )
           Defendant.              )
17                                 )   Judge  :   Hon. Martin J. Jenkins
                                   )   Courtroom:  11
18  _____ )   Floor:     19

19

20

21

22

23

24

25

26
                                   1
27        STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
             TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
28  USDC NDCA Case #C07-03609 MJJ
    294939.1

1    **IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1, by and between the parties

2    to this action, through their attorneys of record, as follows:

3        1.    Plaintiff Merrill Lauritano has served the Summons and Complaint in this action on

4    defendant Byer California Corporation's Long Term Disability Plan;

5        2.    The parties have agreed that defendant Byer California Corporation's Long Term

6    Disability Plan may have an extension to and including September 10, 2007 to answer or

7    otherwise respond to the Complaint herein; and

8        3.    This extension will not alter the date of any event or any deadline already fixed by

9    Court order.

10

11    Date: August __21__, 2007        WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP
12

13                          By:_____/s/ Charan M. Higbee_____
                                ADRIENNE C. PUBLICOVER
14                              CHARAN M. HIGBEE
                                Attorneys for Defendant
15                              BYER CALIFORNIA CORPORATION'S
                                LONG TERM DISABILITY PLAN
16

17    Date: August __17__, 2007        FRICKER & MELLEN & ASSOCIATES

18

19
                              By:_____
20                              TIMOTHY J. FRICKER, ESQ.
                                JAMES G. MELLEN, ESQ.
21                              Attorneys for Plaintiff
                                MERRILL LAURITANO
22

23    **IT IS SO ORDERED.**

24

25    Date:_____        By:_____
                                    Honorable Martin J. Jenkins
26                                  United States District Judge

27                                          2
        **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**
28         **TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
        USDC NDCA Case #C07-03609 MJJ
        294939.1

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:    (510) 663-8484
Fax:    (510) 663-0639

*Attorneys for Plaintiff MERRILL LAURITANO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 21, 2007**, at San Francisco, California.

_____
Nancy Li

---

3
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**
USDC NDCA Case #C07-03609 MJJ
294939.1