1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant
6  BYER CALIFORNIA CORPORATION'S
   LONG TERM DISABILITY PLAN
7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | MERRILL LAURITANO              ) Case No.:   C07-03609 MJJ
                                    )
13 |       Plaintiff,                ) STIPULATION TO EXTEND TIME TO
                                    ) ANSWER OR OTHERWISE RESPOND
14 | v.                              ) TO PLAINTIFF'S COMPLAINT; AND
                                    ) [PROPOSED] ORDER
15 | BYER CALIFORNIA CORPORATION'S   )
   | LONG TERM DISABILITY PLAN,     ) [Local Rule 6-1]
16 |                                )
   |       Defendant.                )
17 |                                ) Judge :     Hon. Martin J. Jenkins
                                    ) Courtroom:  11
18 |                                ) Floor:      19

19

20

21

22

23

24

25

26

                                          1
27        STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
                  TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
28  USDC NDCA Case #C07-03609 MJJ
    294939.1

1      **IT IS HEREBY STIPULATED**, pursuant to Local Rule 6-1, by and between the parties
2  to this action, through their attorneys of record, as follows:
3      1.    Plaintiff Merrill Lauritano has served the Summons and Complaint in this action on
4  defendant Byer California Corporation's Long Term Disability Plan;
5      2.    The parties have agreed that defendant Byer California Corporation's Long Term
6  Disability Plan may have an extension to and including September 10, 2007 to answer or
7  otherwise respond to the Complaint herein; and
8      3.    This extension will not alter the date of any event or any deadline already fixed by
9  Court order.

11  Date: August 21, 2007    WILSON, ELSER, MOSKOWITZ,
12      EDELMAN & DICKER LLP

13  By: /s/ Charan M. Higbee
14  ADRIENNE C. PUBLICOVER
    CHARAN M. HIGBEE
15  Attorneys for Defendant
    BYER CALIFORNIA CORPORATION'S
    LONG TERM DISABILITY PLAN

17  Date: August 17, 2007    FRICKER & MELLEN & ASSOCIATES

20  By: _____
    TIMOTHY J. FRICKER, ESQ.
    JAMES G. MELLEN, ESQ.
21  Attorneys for Plaintiff
    MERRILL LAURITANO

23  **IT IS SO ORDERED.**

24  Date: 8/20/07    By: _____
25      Honorable Martin J. Jenkins
    United States District Judge

---

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #C07-03609 MJJ
294939.1