1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  BYER CALIFORNIA CORPORATION'S
   LONG TERM DISABILITY PLAN
7

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | MERRILL LAURITANO                    ) Case No.:    C07-03609 MJJ
                                          )
13 |          Plaintiff,                  ) **DEFENDANT'S CERTIFICATION OF**
                                          ) **INTERESTED ENTITIES OR PERSONS**
14 |     v.                               ) **[Civil L.R. 3-16]**
                                          )
15 | BYER CALIFORNIA CORPORATION'S        )
   LONG TERM DISABILITY PLAN,             ) Judge :       Hon. Martin J. Jenkins
16 |                                      ) Courtroom:    11
              Defendant.                  ) Floor:        19
17                                        )
                                          )
18

---

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
USDC NDCA Case #C07-03609 MJJ
299205.1

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Life Insurance Company of North America provides insurance with respect to defendant Byer California Corporation's Long Term Disability Plan.

Dated: September 10, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:     */s/ Charan M. Higbee*
Adrienne C. Publicover
Charan M. Higbee
Attorneys for Defendant
BYER CALIFORNIA CORPORATION'S
LONG TERM DISABILITY PLAN

---

1
**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
USDC NDCA Case #C07-03609 MJJ
299205.1

# CERTIFICATE OF SERVICE
*Merrill Lauritano v. Byer California Corporation's Long Term Disability Plan, et al.*
*USDC NDCA Case #C07-03609 MJJ*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ ____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:    (510) 663-8484
Fax:    (510) 663-0639

*Attorneys for Plaintiff MERRILL LAURITANO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **September 10, 2007**, at San Francisco, California.

_____
Nancy Li

---

2
DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
USDC NDCA Case #C07-03609 MJJ
299205.1