UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** **MARTIN J. JENKINS**

**Date**: October 30, 2007

**Case No:** C 07-03609 MJJ

**Case Title**: MERRILL LAURITANO v. BYER CALIFORNIA CORP. LONG TERM DISABILITY PLAN

**Appearances:**

    For Plaintiff(s): Timothy Fricker

    For Defendant(s): Charan Higbee

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## *PROCEEDINGS*

1. Case Management Conference - held

## *SUMMARY*

- Deadlines set.  Case referred to mediation.

cc: ADR