United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Lauritano,

            Plaintiff(s),

      v.

Byer California Corporation's Long Term

Disability,

            Defendant(s).

07-03609 MJJ MED

**Notice of Appointment of Mediator**

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

           **Charles E. Farnsworth**
           Law Offices of Charles E. Farnsworth
           7677 Oakport St., Suite 565
           Oakland, CA 94621
           510-635-2790

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03609 MJJ MED          - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: November 7, 2007

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California