ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel:    (415) 433-0990
Fax:    (415) 434-1370

Attorneys for Defendant
BYER CALIFORNIA CORPORATION'S
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LAURITANO,<br><br>    Plaintiff,<br><br>v.<br><br>BYER CALIFORNIA CORPORATION'S LONG TERM DISABILITY PLAN,<br><br>    Defendant. | Case No.:    C07-03609 MJJ<br><br>**STIPULATION REGARDING STANDARD OF REVIEW**<br><br><br>Courtroom    :    11<br>Honorable Martin J. Jenkins |

1    IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff Merrill
2  Lauritano and defendant Byer California Corporation's Long Term Disability Plan, through their
3  attorneys of record, as follows:

4    1.    The Court shall apply the de novo standard of review to Life Insurance Company of
5  North America's claim determination, that plaintiff's disability benefits under the subject group
6  policy and subject plan would not be paid beyond June 5, 2006, which is a subject of this ERISA
7  action.

Date: December 13, 2007          WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP


                        By: _____
                            ADRIENNE C. PUBLICOVER
                            CHARAN M. HIGBEE
                            Attorneys for Defendant
                            BYER CALIFORNIA CORPORATION'S
                            LONG TERM DISABILITY PLAN


Date: December 11, 2007          FRICKER & MELLEN & ASSOCIATES


                        By: _____
                            TIMOTHY J. FRICKER, ESQ.
                            JAMES G. MELLEN, ESQ.
                            Attorneys for Plaintiff
                            MERRILL LAURITANO


**ORDER**

IT IS SO ORDERED.

Date: _____      By: _____
                               Honorable Martin J. Jenkins
                               UNITED STATES DISTRICT JUDGE

---
1
STIPULATION REGARDING STANDARD OF REVIEW
USDC NDCA Case #C07-03609 MJJ
315509.1

# CERTIFICATE OF SERVICE
*Merrill Lauritano v. Byer California Corporation's Long Term Disability Plan, et al.*
*USDC NDCA Case #C07-03609 MJJ*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION REGARDING STANDARD OF REVIEW**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ _____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel: (510) 663-8484
Fax: (510) 663-0639

*Attorneys for Plaintiff MERRILL LAURITANO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 13, 2007**, at San Francisco, California.

_____
Nancy Li

---

2
**STIPULATION REGARDING STANDARD OF REVIEW**
USDC NDCA Case #C07-03609 MJJ
315509.1