ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel:	(415) 433-0990
Fax:	(415) 434-1370

Attorneys for Defendant
BYER CALIFORNIA CORPORATION'S
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LAURITANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BYER CALIFORNIA CORPORATION'S<br>LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | Case No.:   C07-03609 MJJ<br><br>**STIPULATION REGARDING STANDARD OF REVIEW**<br><br><br>Courtroom　：　　11<br>Honorable Martin J. Jenkins |

---

**STIPULATION REGARDING STANDARD OF REVIEW**
USDC NDCA Case #C07-03609 MJJ
315509.1

1  **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Merrill Lauritano and defendant Byer California Corporation's Long Term Disability Plan, through their attorneys of record, as follows:

   1. The Court shall apply the de novo standard of review to Life Insurance Company of North America's claim determination, that plaintiff's disability benefits under the subject group policy and subject plan would not be paid beyond June 5, 2006, which is a subject of this ERISA action.

Date: December 13, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendant
BYER CALIFORNIA CORPORATION'S
LONG TERM DISABILITY PLAN

Date: December 11, 2007

FRICKER & MELLEN & ASSOCIATES

By: _____
TIMOTHY J. FRICKER, ESQ.
JAMES G. MELLEN, ESQ.
Attorneys for Plaintiff
MERRILL LAURITANO

**ORDER**

**IT IS SO ORDERED.**

Date: 12/21/07

By: _____
Honorable Judge Martin J. Jenkins
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*

1
STIPULATION REGARDING STANDARD OF REVIEW
USDC NDCA Case #C07-03609 MJJ
315509.1

# CERTIFICATE OF SERVICE
*Merrill Lauritano v. Byer California Corporation's Long Term Disability Plan, et al.*
*USDC NDCA Case #C07-03609 MJJ*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION REGARDING STANDARD OF REVIEW**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ **_**: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

**_**: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

**_**: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

**_**: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:    (510) 663-8484
Fax:   (510) 663-0639

*Attorneys for Plaintiff MERRILL LAURITANO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 13, 2007**, at San Francisco, California.

_____
Nancy Li

---

2
**STIPULATION REGARDING STANDARD OF REVIEW**
USDC NDCA Case #C07-03609 MJJ
315509.1