**FILED**

JAN 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Lauritano,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Byer California Corporation's Long Term Disab,<br><br>            Defendant(s). | No. C 07-03609 MJJ MED<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __1/23/08__

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**     ☒ YES     ☐ NO

Dated: __1/23/08__                    _/s/ Charles E. Farnsworth_
                                       Mediator, Charles E. Farnsworth
                                       Law Offices of Charles E. Farnsworth
                                       7677 Oakport St., Suite 565
                                       Oakland, CA 94621

**Certification of ADR Session**
07-03609 MJJ MED