1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Tel:   (415) 433-0990
   Fax:   (415) 434-1370
5
   Attorneys for Defendant
6  BYER CALIFORNIA CORPORATION'S
   LONG TERM DISABILITY PLAN
7

8  TIMOTHY J. FRICKER (SBN 183309)
   JAMES G. MELLEN (SBN 122035)
9  FRICKER & MELLEN & ASSOCIATES
   Tribune Tower
10 409 13th Street, 17th Floor
   Oakland, CA  94612
11 Tel:   (510) 663-8484
   Fax:   (510) 663-0639
12
   Attorneys for Plaintiff
13 MERRILL LAURITANO

14

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 | MERRILL LAURITANO,            ) Case No.:   C07-03609 SI
                                   )
20 |         Plaintiff,             ) **FURTHER JOINT CASE MANAGEMENT**
                                   ) **STATEMENT**
21 |    v.                          )
                                   ) Date       :  March 5, 2008
22 | BYER CALIFORNIA CORPORATION'S ) Time       :  2:00 p.m.
   | LONG TERM DISABILITY PLAN,    ) Courtroom  :  10
23 |                                ) Floor      :  19
   |         Defendant.             ) Before     :  Honorable Susan Illston
24 |_____ )

25

26

27

28          **FURTHER JOINT CASE MANAGEMENT STATEMENT**
   USDC NDCA Case #C07-03609 SI
   326248.1

The parties submit the following Further Joint Case Management Statement in this action.

**A.    Jurisdiction and Service**

The Court has subject matter jurisdiction over plaintiff's claims. Jurisdiction is based on 29 U.S.C. Section 1132(e) because plaintiff seeks benefits under an employee welfare benefit plan governed by the provisions of ERISA. All the parties are subject to the Court's jurisdiction. No parties remain to be served.

**B.    Facts**

Plaintiff Merrill Lauritano seeks long term disability benefits under an employee welfare benefit plan governed by the provisions of ERISA. Plaintiff is 51 years old, and was employed by Byer California Corporation as a Vice President of Information Technology and a Manager of Vendor Relations when she went out on disability in September of 1996. Plaintiff has been diagnosed with various medical conditions since 1996.

Byer California Corporation maintained a long term disability plan and plaintiff was a participant in this plan. Life Insurance Company of North America issued a group insurance policy which provided long term disability insurance coverage to the plan (defendant Byer California Corporation Long Term Disability Plan). Plaintiff received long term disability benefits from on or about December 23, 1996 through June 5, 2006. In June of 2006, plaintiff was notified that she no longer met the definition of disability under the group insurance policy and that no further benefits would be paid to plaintiff beyond June 5, 2006.

The principal factual issue in dispute is whether plaintiff is entitled to the disability benefits which she seeks under the subject long term disability plan and/or policy, and specifically whether she is entitled to benefits from June 6, 2006 through the present.

\\\
\\\
\\\

**C.    Legal Issues**

The following legal issues will be presented:

a.    Whether the claim decision (to discontinue plaintiff's benefits as of June 5, 2006) was proper under the de novo standard of review.

**D.    Motions**

The parties expect to file cross-motions for summary judgment pursuant to Fed. Rule of Civil Procedure 56.

At the initial Case Management Conference held on October 30, 2007, <u>a June 3, 2008 hearing was set for the cross-motions for summary judgment</u>.

**E.    Amendment of Pleadings**

The parties currently do not anticipate any amendments to their pleadings.

**F.    Evidence Preservation**

Life Insurance Company of North America has maintained an administrative record relating to plaintiff's claim for disability benefits. This administrative record has been produced to plaintiff as part of defendant's Initial Disclosure. There are no ongoing activities related to plaintiff's claim, nor ongoing communications with plaintiff.

**G.    Disclosures**

Plaintiff has not served Initial Disclosures to date.

Defendant served its Initial Disclosure on November 2, 2007.

\\\
\\\
\\\

**H.  Discovery**

No discovery has been served to date.

Defendant contends that discovery is improper in this action which is based on the provisions of ERISA. The admissible evidence should be limited to the administrative record maintained by Life Insurance Company of North America, the subject insurance policy, and the plan documents.

**I.  Class Actions**

Not applicable.

**J.  Related Cases**

The parties are not aware of any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

**K.  Relief**

Plaintiff's Complaint seeks an order that defendant pay the disability benefits due plaintiff with interest. Plaintiff also seeks attorney's fees and costs.

Defendant also seeks an attorney's fee award in this action.

**L.  Settlement and ADR**

The ADR process has been completed. The parties attended a court-sponsored mediation on January 23, 2008 and the matter did not settle.

**M.  Consent to Magistrate Judge For All Purposes**

The parties do not consent to have a magistrate judge conduct all further proceedings.

**N.    Other References**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**O.    Narrowing of Issues**

<u>The parties have stipulated to the de novo standard of review.</u> This Stipulation was filed on December 13, 2007 and the accompanying Order was signed by the Court on December 21, 2007.

The parties currently do not anticipate any request to bifurcate issues, claims, or defenses.

**P.    Expedited Schedule**

It is likely that this is the type of case that can be handled on an expedited basis with streamlined procedures.

**Q.    Scheduling**

The parties propose the following revised schedule for the dispositive motions:

    Cross-Motions for Summary Judgment to be filed on:  May 2, 2008

    Oppositions to be filed on:    Per Local Rules.

    Reply Briefs to be filed on:    Per Local Rules

    Hearing date:  June 6, 2008 at 9:00 a.m.

**R.    Trial**

The parties agree that this case is subject to a court trial, and that there is no right to a jury trial for ERISA claims.

In the event that this matter is not resolved by the dispositive motions, the parties estimate that a bench trial will last 1 to 4 hours.

**S.   Disclosure of Non-party Interested Entities or Persons**

Defendant filed the following Certification of Interested Entities or Persons on September 10, 2007:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Life Insurance Company of North America provides insurance with respect to defendant Byer California Corporation's Long Term Disability Plan.

**T.   Other Matters**

The parties currently are unaware of other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

Dated: February 29, 2008            WILSON, ELSER, MOSKOWITZ,
                                                        EDELMAN & DICKER LLP

                                              By:  /s/ Charan M. Higbee
                                                        Adrienne C. Publicover
                                                        Charan M. Higbee
                                                        Attorneys for Defendant
                                                        BYER CALIFORNIA CORPORATION'S
                                                        LONG TERM DISABILITY PLAN

Date: February 29, 2008             FRICKER & MELLEN & ASSOCIATES

                                              By:  /s/ Timothy J. Fricker
                                                        TIMOTHY J. FRICKER, ESQ.
                                                        JAMES G. MELLEN, ESQ.
                                                        Attorneys for Plaintiff
                                                        MERRILL LAURITANO

---

5
**FURTHER JOINT CASE MANAGEMENT STATEMENT**
USDC NDCA Case #C07-03609 MJJ
326248.1

## CERTIFICATE OF SERVICE
*Merrill Lauritano v. Byer California Corporation's Long Term Disability Plan, et al.*
*USDC NDCA Case #C07-03609 SI*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**FURTHER JOINT CASE MANAGEMENT STATEMENT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA  94612
Tel:   (510) 663-8484
Fax:   (510) 663-0639

*Attorneys for Plaintiff MERRILL LAURITANO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **February 29, 2008**, at San Francisco, California.

_____
Nancy Li