**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/5/08

Case No.   C-07-3609SI            Judge:   SUSAN ILLSTON

Title: MERRILL LAURITANO  -v-  BYER CALIFORNIA CORP.

Attorneys: Fricker          Higbee

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                   PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **6/6/08    @ 9:00 a.m.**   for Cross Motions for Summary Judgment

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall continue settlement discussions.  Counsel may request a referral to a magistrate-judge at any time.