```
 1  ADRIENNE C. PUBLICOVER (SBN 161432)
    CHARAN M. HIGBEE (SBN 148293)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Tel: (415) 433-0990 / Fax: (415) 434-1370
    Attorneys for Defendant
 5  BYER CALIFORNIA CORPORATION'S
    LONG TERM DISABILITY PLAN
 6

 7  TIMOTHY J. FRICKER (SBN 183309)
    JAMES G. MELLEN (SBN 122035)
 8  FRICKER & MELLEN & ASSOCIATES
    Tribune Tower
 9  409 13th Street, 17th Floor
    Oakland, CA  94612
10  Tel: (510) 663-8484 / Fax: (510) 663-0639
    Attorneys for Plaintiff
11  MERRILL LAURITANO

12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MERRILL LAURITANO, | Case No.: CV07-03609 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISPOSITIVE MOTION SCHEDULE** |
| v. | |
| BYER CALIFORNIA CORPORATION'S LONG TERM DISABILITY PLAN, | Courtroom : 10<br>Floor : 19<br>Honorable Susan Illston |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Merrill Lauritano and defendant Byer California Corporation's Long Term Disability Plan, through their attorneys of record, as follows:

1. The parties have agreed to a settlement of this action;

2. The parties currently are negotiating the terms of the Full Release and Indemnity Agreement which will memorialize the settlement;

3.  Cross-Motions for Summary Judgment currently must be filed on May 2, 2008 and the Cross-Motions are set to be heard on June 6, 2008;

4.  The parties agree that the briefing schedule and hearing date for the Cross-Motions for Summary Judgment shall be continued for 30 days in order to allow the parties to finalize their settlement;

5.  The filing date of the Cross-Motions for Summary Judgment shall be continued to June 2, 2008;

6.  The hearing date for the Cross-Motions for Summary Judgment shall be continued to July 18, 2008 at 9:00 a.m. in Courtroom 10; and

7.  The Oppositions and Reply Briefs regarding the Cross-Motions for Summary Judgment shall be filed per local rules.

Dated: April 25, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____/s/ Charan M. Higbee_____
Adrienne C. Publicover
Charan M. Higbee
Attorneys for Defendant
BYER CALIFORNIA CORPORATION'S
LONG TERM DISABILITY PLAN

Date: April 25, 2008

FRICKER & MELLEN & ASSOCIATES

By: _____/s/ Timothy J. Fricker_____
TIMOTHY J. FRICKER, ESQ.
JAMES G. MELLEN, ESQ.
Attorneys for Plaintiff
MERRILL LAURITANO

**ORDER**

**IT IS SO ORDERED**

Date:_____    By:_____/s/ Susan Illston_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*Merrill Lauritano v. Byer California Corporation's Long Term Disability Plan, et al.*
*USDC NDCA Case #CV07-03609 SI*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISPOSITIVE MOTION SCHEDULE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA  94612
Tel:    (510) 663-8484
Fax:    (510) 663-0639

*Attorneys for Plaintiff MERRILL LAURITANO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **April 25, 2008**, at San Francisco, California.

_____
Nancy Li