ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370
Attorneys for Defendant
BYER CALIFORNIA CORPORATION'S
LONG TERM DISABILITY PLAN

TIMOTHY J. FRICKER (SBN 183309)
JAMES G. MELLEN (SBN 122035)
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA  94612
Tel: (510) 663-8484 / Fax: (510) 663-0639
Attorneys for Plaintiff
MERRILL LAURITANO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LAURITANO, | Case No.:    CV07-03609 SI |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| v. | |
| BYER CALIFORNIA CORPORATION'S LONG TERM DISABILITY PLAN, | **[F.R.C.P. 41]** |
| Defendant. | Courtroom    :      10 |
| | Honorable Susan Illston |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Merrill Lauritano and defendant Byer California Corporation's Long Term Disability Plan, acting through their attorneys of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

1   Dated:  May 30, 2008                WILSON, ELSER, MOSKOWITZ,
2                                           EDELMAN & DICKER LLP

3                            By:___/s/ Charan M. Higbee_____
4                                Adrienne C. Publicover
                                 Charan M. Higbee
5                                Attorneys for Defendant
                                 BYER CALIFORNIA CORPORATION'S
6                                LONG TERM DISABILITY PLAN

7   Dated:  May 30, 2008                FRICKER & MELLEN & ASSOCIATES

8

9                            By:___/s/ Timothy J. Fricker_____
                                 TIMOTHY J. FRICKER, ESQ.
10                               JAMES G. MELLEN, ESQ.
                                 Attorneys for Plaintiff
11                               MERRILL LAURITANO

12

13                                   **ORDER**

14        The above-captioned matter and all claims for relief therein, is dismissed with prejudice as

15   to all parties in its entirety.  Each party is to bear its own attorneys' fees and costs.

16        **IT IS SO ORDERED**.

17

18

19   Date:_____         By:_____
                                     HONORABLE SUSAN ILLSTON
20                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV07-03609 SI
352655.1

## CERTIFICATE OF SERVICE

*Merrill Lauritano v. Byer California Corporation's Long Term Disability Plan, et al.*
*USDC NDCA Case #CV07-03609 SI*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

### STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Timothy J. Fricker, Esq.
James G. Mellen, Esq.
FRICKER & MELLEN & ASSOCIATES
Tribune Tower
409 13th Street, 17th Floor
Oakland, CA 94612
Tel:    (510) 663-8484
Fax:    (510) 663-0639

*Attorneys for Plaintiff MERRILL LAURITANO*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 30, 2008**, at San Francisco, California.

_____
Nancy Li

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
USDC NDCA Case #CV07-03609 SI
352655.1